# Exhibit 1

**District 1**

## Case Summary

**Case No. 2026L008095**

| | | |
|---|---|---|
| **Dominique Jones -vs- ZHEJIANG TIANXI KITCHEN APPLIANCE CO., LTD.,FOSHAN SHUNDE MIDEA ELECTRICAL HEATING APPLIANCES MANUFACTURING CO., LTD.,GUANGDONG MIDEA CONSUMER ELECTRIC MANUFACTURING COMPANY, LTD.,MIDEA GROUP CO. LTD.,CORELLE BRANDS LLC f/k/a INSTANT BRANDS, LLC, INSTANT BRANDS, INC., DOUBLE INSIGHT INC.,MIDEA ELECTRIC TRADING 2 (SINGAPORE) CO. PTE, LTD.,MIDEA AMERICA CORPORATION,CORELLE BRANDS ACQUISITION HOLDINGS, INC. a/k/a INSTANT BRANDS ACQUISITION HOLDINGS, INC., a/k/a WK ACQUISITION HOLDINGS INC.** | § Location: | **District 1** |
| | § Judicial Officer: | **Calendar, D** |
| | § Filed on: | **07/09/2026** |
| | § Cook County Attorney Number: | **56079** |

### Case Information

Case Type: Product Liabilty - Jury

Case Status: **07/09/2026 Pending**

### Assignment Information

**Current Case Assignment**

| | |
|---|---|
| Case Number | 2026L008095 |
| Court | District 1 |
| Date Assigned | 07/09/2026 |
| Judicial Officer | Calendar, D |

### Party Information

| | | *Lead Attorneys* |
|---|---|---|
| **Plaintiff** | **Jones, Dominique** | **Cesarone, Frank Vincent** ***Retained*** 26E ROLLING OAKS RD SUGAR GROVE, IL 60554 |
| **Defendant** | **CORELLE BRANDS ACQUISITION HOLDINGS, INC. a/k/a INSTANT BRANDS ACQUISITION HOLDINGS, INC., a/k/a WK ACQUISITION HOLDINGS INC.** | |
| | **CORELLE BRANDS LLC f/k/a INSTANT BRANDS, LLC, INSTANT BRANDS, INC., DOUBLE INSIGHT INC.** | |
| | **FOSHAN SHUNDE MIDEA ELECTRICAL HEATING APPLIANCES MANUFACTURING CO., LTD.** | |
| | **GUANGDONG MIDEA CONSUMER ELECTRIC MANUFACTURING COMPANY, LTD.** | |
| | **MIDEA AMERICA CORPORATION** | |
| | **MIDEA ELECTRIC TRADING 2 (SINGAPORE) CO. PTE, LTD.** | |
| | **MIDEA GROUP CO. LTD.** | |

District 1

## Case Summary

**Case No. 2026L008095**
**ZHEJIANG TIANXI KITCHEN APPLIANCE CO., LTD.**

Events and Orders of the Court

09/08/2026 **First Time Case Management** (10:00 AM) (Judicial Officer: Chrones, Jeffery G)
Resource: Location L2207 Court Room 2207
Resource: Location D1 Richard J Daley Center

08/14/2026
Electronic Notice Sent
Party: Plaintiff Jones, Dominique
Party 2: Attorney Cesarone, Frank Vincent

08/14/2026
Electronic Notice Sent
Party: Plaintiff Jones, Dominique
Party 2: Attorney Cesarone, Frank Vincent

08/13/2026
Electronic Notice Sent
Party: Plaintiff Jones, Dominique
Party 2: Attorney Cesarone, Frank Vincent

08/13/2026
Electronic Notice Sent
Party: Plaintiff Jones, Dominique
Party 2: Attorney Cesarone, Frank Vincent

08/12/2026
Electronic Notice Sent
Party: Plaintiff Jones, Dominique
Party 2: Attorney Cesarone, Frank Vincent

08/12/2026
Electronic Notice Sent
Party: Plaintiff Jones, Dominique
Party 2: Attorney Cesarone, Frank Vincent

08/11/2026
Electronic Notice Sent
Party: Plaintiff Jones, Dominique
Party 2: Attorney Cesarone, Frank Vincent

08/11/2026
Electronic Notice Sent
Party: Plaintiff Jones, Dominique
Party 2: Attorney Cesarone, Frank Vincent

08/10/2026
Electronic Notice Sent
Party: Plaintiff Jones, Dominique
Party 2: Attorney Cesarone, Frank Vincent

08/10/2026
Electronic Notice Sent
Party: Plaintiff Jones, Dominique
Party 2: Attorney Cesarone, Frank Vincent

08/07/2026
Electronic Notice Sent
Party: Plaintiff Jones, Dominique
Party 2: Attorney Cesarone, Frank Vincent

08/07/2026
Electronic Notice Sent
Party: Plaintiff Jones, Dominique
Party 2: Attorney Cesarone, Frank Vincent

## Case Summary

**Case No. 2026L008095**

08/07/2026 Electronic Notice Sent
Party: Plaintiff Jones, Dominique
Party 2: Attorney Cesarone, Frank Vincent

08/07/2026 Electronic Notice Sent
Party: Plaintiff Jones, Dominique
Party 2: Attorney Cesarone, Frank Vincent

08/06/2026 Electronic Notice Sent
Party: Plaintiff Jones, Dominique
Party 2: Attorney Cesarone, Frank Vincent

08/06/2026 Electronic Notice Sent
Party: Plaintiff Jones, Dominique
Party 2: Attorney Cesarone, Frank Vincent

08/05/2026 Electronic Notice Sent
Party: Plaintiff Jones, Dominique
Party 2: Attorney Cesarone, Frank Vincent

08/05/2026 Electronic Notice Sent
Party: Plaintiff Jones, Dominique
Party 2: Attorney Cesarone, Frank Vincent

07/09/2026 New Case Filing

07/09/2026 Personal Injury (Product Liability) Complaint Filed (Jury Demand)
*Plaintiff's Complaint at Law and Jury Demand*

07/09/2026 Exhibits Filed
*Civil Action Cover Sheet*

07/09/2026 Summons Issued And Returnable
*Summons to Corelle Brands Acquisition Holdings*

07/09/2026 Summons Issued And Returnable
*Summons to Midea America Corporation*

 Printed on 08/17/2026 at 7:13 AM